## STATEMENT OF FACTS

On September 4, 2018, the government filed a two-count Information charging MICHAEL COSTELLO HENSLEY with: (1) entering or remaining in a restricted area or grounds, in violation of 18 U.S.C. § 1752(a)(1); and (2) entering restricted public property, in violation of 22 D.C. Code § 3302(b). On December 28, 2018, the Bureau of Prisons filed a Forensic Evaluation Report that concluded that HENSLEY was not competent to stand for trial. On February 12, 2019, United States Magistrate Judge Robin M. Meriweather ordered that HENSLEY be committed to the custody of the Attorney General for hospitalization for treatment and a determination of whether there were a substantial probability that he would attain the capacity to permit this action to continue in the foreseeable future. The BOP issued a Certificate of Restoration of Competency to Stand Trial in or around November 2019. On November 20, 2019, Judge Meriweather ordered that HENSLEY be returned to Washington, D.C. promptly.

On December 6, 2019, a status hearing was held before Judge Meriweather. Judge Meriweather granted HENSLEY's oral motion for release from custody on bond, and HENSLEY was released pursuant to certain conditions. Those conditions, set forth in an Order Setting Conditions of Release, filed on December 6, 2019 (12/6/19 Order), included the following conditions, among others:

(1) The defendant must advise the court or the pretrial services officer or supervising officer in writing before making any change of residence or telephone number.
(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. The defendant must appear at: US District Court for the District of Columbia 333 Constitution Ave NW WDC Status Hearing Before Judge Meriweather on 12/18/2019 [at] 1:45 PM.
(3) The defendant must: (a) submit to supervision by and report for supervision to the Pretrial Services Agency [PSA], telephone number (202) 442-1000, no later than call once per week by telephone.
(4) The defendant must: live at 58 W Oakview Road, Ash[e]ville, NC 28806.

12/6/19 Order at 1-2.

On December 18, 2019, a status hearing was held before Judge Meriweather. HENSLEY did not appear for this hearing as ordered to in the 12/6/19 Order. The status hearing was continued to January 8, 2020. HENSLEY was ordered to appear by telephone at the January 8, 2020 status hearing.

On January 8, 2020, a status hearing was held before Judge Meriweather. HENSLEY did not appear for this hearing by telephone as ordered on December 18, 2019. According to the PSA

report, HENSLEY had stopped contacting PSA after December 9, 2019, and was a loss of contact from PSA supervision. On the government's motion, Judge Meriweather issued a bench warrant for HENSLEY's arrest. On or about February 10, 2020, HENSLEY was arrested on the bench warrant. HENSLEY was subsequently transported to MPDC Central Cell Block for further processing.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 401(3), Contempt of Court.


_____
Jared Hogentogler
Special Agent, United States Secret Service


Subscribed and sworn to before me on this  13th_____ day of February, 2020.


_____
 Robin Meriweather
United States Magistrate Judge