AO 442 (Rev. 11/11) Arrest Warrant

ID # 106800040

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Costello Hensley | ) Case No. 20-mj-27 (RMM) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

U.S. MARSHAL-DC AM9:17
RECEIVED OCT 5 '20

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Costello Hensley                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Non-compliance with court-ordered conditions of pretrial release (See Pretrial Petition for Warrant)

Date:   09/21/2020

Issuing officer's signature
2020.09.21 16:12:08 -04'00'

City and state:   Washington, District of Columbia

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* October 5, 2020, and the person was arrested on *(date)* 7/31/23
at *(city and state)* Washington, DC.

Date:

*Arresting officer's signature*

Grace Sweeney DUSM
*Printed name and title*